# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN VARES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action 21-0148-CG-MU ) |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 28, 2021 (Doc. 11) is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 18th day of August, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE