# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN VARES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 21-0148-CG-MU |
| | ) |
| STATE OF ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's second-amended complaint (Doc. 10) be **DISMISSED WITHOUT PREJUDICE,** prior to service of process, because Baldwin County Circuit Judge C. Joseph Norton is entitled to absolute judicial immunity and because Plaintiff's second-amended complaint remains a shotgun pleading that fails to state a claim upon which relief may be granted.

**DONE** and **ORDERED** this the 18th day of August 2021.

/s/Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE